UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



FILED BY ___ D.C.

05 OCT 21 AM 9:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CHERECE JOHNSON,

    Plaintiff,

v.

                                                                      Cv. No. 05-2029-Ma

WEST TENNESSEE DETENTION
FACILITY, et al.,

    Defendants.


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed, in accordance with the Order of Dismissal, docketed October 17, 2005.  Any appeal in this matter by Plaintiff, proceeding *in forma pauperis*, is not taken in good faith.

**APPROVED:**

/s/ _____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

October 20, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

/s/ Earline Gray
_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-21-05

(9)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02029 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Cherece Johnson
1081 N. Brierwood Avenue
Rialto, CA 92376

Honorable Samuel Mays
US DISTRICT COURT